UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRAIG AND SHARON BLAIR | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| versus | * | CIVIL NO.: 2:09-cv-1936-MLCF-JCW |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * | |
| | * | |
| | * | |
| Defendant. | * | |

**************************************

### RULE 41(a)(1)(a)(i) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs, CRAIG AND SHARON BLAIR, who wish to file their notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), which provides that plaintiffs may file a notice of voluntary dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant, STATE FARM FIRE AND CASUALTY COMPANY has not filed an answer or a motion for summary judgment into the record. Thus, Plaintiffs pray that this Honorable Court will take notice of their voluntary dismissal without prejudice filed pursuant to Rule 41(a)(1)(A)(i).

**RESPECTFULLY SUBMITTED:**

**BINEGAR CHRISTIAN, L.L.C.**

By: */s/ David A. Binegar*
David A. Binegar, Esq (#22603)
Tiffany R. Christian, Esq. (#28529)
4920 Canal St.
New Orleans, LA 70119
Telephone: (504) 301-1403
Fax: (504) 304-2081
Counsel for Plaintiffs, Craig and Sharon Blair

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Gerald J. Nielsen
Kim Huong A. Tran
Nielsen Law Firm, LLC
3838 N. Causeway Blvd.
Suite 2850
Metairie, Louisiana 70002
Counsel for Defendant,
State Farm Fire and Casualty Company

I further certify that I mailed the foregoing document via facsimile and first-class mail to the following non-CM/ECF participants:

N/A

*/s/ David A. Binegar*
David A. Binegar